# NO. 12-14-00135-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *KEVIN REVELS,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relator Kevin Revels was convicted of aggravated assault on a correctional officer with a deadly weapon. This court affirmed his conviction. *See generally **Revels v. State***, No. 12-93-00325-CR (Tex. App.–Tyler June 29, 1995, pet. ref'd) (not designated for publication). In this proceeding, he seeks an order remanding cause number 12-93-00325-CR with instructions that the trial court dismiss the case and discharge him from prison. We construe Relator's "Petition Requesting Court to Dismiss Case" as a postconviction petition for writ of habeas corpus.

A writ of habeas corpus is the exclusive means to challenge a final felony conviction. TEX. CODE CRIM. PROC. ANN. art. 11.07 § 3 (West Supp. 2013); ***Bd. of Pardons & Paroles ex rel. Keene v. Eighth Dist. Court of Appeals***, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995). But only the court of criminal appeals has jurisdiction to grant postconviction habeas relief from a final felony conviction. *See **Keene***, 910 S.W.2d at 483. Accordingly, we ***dismiss*** Relator's postconviction petition for writ of habeas corpus for want of jurisdiction.

Opinion delivered May 30, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

## JUDGMENT

**MAY 30, 2014**

**NO. 12-14-00135-CR**

**KEVIN REVELS,**
Relator
V.
**HON.PAM FLETCHER,**
Respondent

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the postconviction petition for writ of habeas corpus filed by **KEVIN REVELS**, who is the defendant in Cause No. 14,115-CR pending on the docket of the 349th Judicial District Court of Houston County, Texas. Said postconviction petition for habeas corpus having been filed herein on May 29, 2014, and the same having been duly considered, it is the opinion of the Court that this Court is without jurisdiction of this original proceeding, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said postconviction petition for writ of habeas corpus be, and the same is, hereby **DISMISSED FOR WANT OF JURISDICTION**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*